UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JANE DOE,

                           Plaintiff,

                  -against-

SEAN COMBS et al.,

                        Defendants.
------------------------------------------------------------ X

24 Civ. 7976 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      Plaintiff initiated this action by filing a Complaint on October 20, 2024. Plaintiff appears to seek to proceed under a pseudonym, as the Complaint identifies Plaintiff as "Jane Doe." Pursuant to Rule 6.14(b) of the S.D.N.Y. Electronic Case Filing Rules & Instructions, such a proceeding must be commenced as a miscellaneous case with leave from the Court to proceed using a pseudonym. It is hereby

      **ORDERED** that this action is dismissed for failure to comply with ECF Rule 6.14(b). Plaintiff may commence a new action in accordance with that rule. Plaintiff is referred to the ECF Help Desk and/or the Clerk's Office for procedural assistance in commencing the action.

      The Clerk of Court is respectfully directed to close this case.

Dated: October 21, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**